# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANITA KAYE HARDEN**                                                   **PLAINTIFF**

VS.                        No. 4:20-cv-01120 PSH

**KILOLO KIJAKAZI,**[1]
**Acting Commissioner, Social**
**Security Administration**                                         **DEFENDANT**

## ORDER

Defendant Kilolo Kijakazi ("Kijakazi"), in his unopposed motion to reverse and remand (docket entry no. 16), requests this case be reversed and remanded for further administrative proceedings. For good cause shown, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is substituted for Andrew Saul as defendant. Fed. R. Civ. P. 25(d).