# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANITA KAYE HARDEN**                                                                   **PLAINTIFF**

**VS.**                          **No. 4:20-cv-01120 PSH**

**KILOLO KIJAKAZI,**[1]
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is substituted for Andrew Saul as defendant. Fed. R. Civ. P. 25(d).