## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION


**ANITA KAYE HARDEN**                                                          **PLAINTIFF**


**VS.**                              **No. 4:20-cv-01120 PSH**


**KILOLO KIJAKAZI,[1]**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                    **DEFENDANT**


## ORDER


Before the Court is plaintiff Anita Kaye Harden's ("Harden") motion for

attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §

2412.  Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The Court finds nothing unreasonable about the hours of work performed or the

hourly rate requested, and therefore grants the motion and approves an EAJA award

in the amount of $6,324.20.  Because the award belongs to Harden, and not her

attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of

Treasury shall issue payment of this award by check made payable to Harden, in care

---

[1]Kilolo Kijakazi became Acting Commissioner of Social Security on July 9,
2021, and is substituted for Andrew Saul as defendant.  Fed. R. Civ. P. 25(d).

of her attorney, Martin W. Long, and shall mail the check to Mr. Long at his Wylie,

Texas, address.

IT IS SO ORDERED this 9th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE